UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIMKUS, DANIEL J. § Case No. 10-42008
RIMKUS, KELLY §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/20/2010 . The undersigned trustee was appointed on 09/20/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 38,132.64 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 518.32 |
| Bank service fees | | 1,196.04 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 36,418.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 04/29/2011 and the deadline for filing governmental claims was 04/29/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,563.26 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,563.26 , for a total compensation of $ 4,563.26 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/23/2013           By:/s/ANDREW J. MAXWELL, TRUSTEE
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 10-42008  JPC  Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RIMKUS, DANIEL J. | Date Filed (f) or Converted (c): | 09/20/10 (f) |
|  | RIMKUS, KELLY | 341(a) Meeting Date: | 11/18/10 |
| For Period Ending: | 12/23/13 | Claims Bar Date: | 04/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10930 FAWN TRAIL DRIVE, ORLAND PARK IL 60467 (DEBT | 600,000.00 | 0.00 |  | 0.00 | FA |
| 2. 1 ACRE PARTIALLY WOODED VACANT LOT - 17963 S. HUNT | 143,000.00 | 3,000.00 |  | 0.00 | FA |
| 3. CHECKING ACCOUNT - MARQUETTE BANK | 3,500.00 | 0.00 |  | 0.00 | FA |
| 4. MISCELLANEOUS FURNITURE, TELEVISIONS, COMPUTERS | 3,000.00 | 0.00 |  | 0.00 | FA |
| 5. MEN'S & WOMEN'S CLOTHING | 1,000.00 | 0.00 |  | 0.00 | FA |
| 6. TERM INSURANCE - NO CASH VALUE | 0.00 | 0.00 |  | 0.00 | FA |
| 7. IRA - JOINT | 45,000.00 | 0.00 |  | 0.00 | FA |
| 8. 401 K (DEBTOR) | 100,000.00 | 0.00 |  | 0.00 | FA |
| 9. 401 K - (JOINT DEBTOR) | 45,000.00 | 0.00 |  | 0.00 | FA |
| 10. 100 % OF STOCK OF ALLIANCE LOGISTICS INC | 0.00 | 0.00 |  | 0.00 | FA |
| 11. 100% OF STOCK OF ALLIANCE WAREHOUSIN G & DISTRIBUT | 0.00 | 0.00 |  | 0.00 | FA |
| 12. 2007 MERCEDES RL 350 OVER 25,000 MILES | 0.00 | 0.00 |  | 0.00 | FA |
| 13. TAX REFUND (u) | Unknown | 0.00 |  | 38,128.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 4.64 | FA |

TOTALS (Excluding Unknown Values)   $940,500.00   $3,000.00       $38,132.64   

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset Notice filed 1-27-11
Collected non-exempt tax return funds

Initial Projected Date of Final Report (TFR): 12/31/11       Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-42008 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RIMKUS, DANIEL J. | Bank Name: | ASSOCIATED BANK |
|  | RIMKUS, KELLY | Account Number / CD #: | *******7811 Checking Account |
| Taxpayer ID No: | *******8721 |  |  |
| For Period Ending: | 12/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/30/12 |  | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 37,130.71 |  | 37,130.71 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.89 | 37,107.82 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 23.64 | 37,084.18 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.86 | 37,061.32 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 23.61 | 37,037.71 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 55.06 | 36,982.65 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 49.66 | 36,932.99 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 |  | 30.82 | 36,902.17 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 54.91 | 36,847.26 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 53.01 | 36,794.25 |
| 06/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 54.70 | 36,739.55 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 52.86 | 36,686.69 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 54.55 | 36,632.14 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 54.46 | 36,577.68 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 52.63 | 36,525.05 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 54.30 | 36,470.75 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 52.47 | 36,418.28 |

Page Subtotals  37,130.71  712.43

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-42008 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RIMKUS, DANIEL J. | Bank Name: | ASSOCIATED BANK |
| | RIMKUS, KELLY | Account Number / CD #: | *******7811 Checking Account |
| Taxpayer ID No: | *******8721 | | |
| For Period Ending: | 12/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 37,130.71 | 712.43 | 36,418.28 |
| | | | Less: Bank Transfers/CD's | | 37,130.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 712.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 712.43 | |

Page Subtotals    0.00    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-42008 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RIMKUS, DANIEL J. | Bank Name: | Bank of America, N.A. |
| | RIMKUS, KELLY | Account Number / CD #: | *******4908  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8721 | | |
| For Period Ending: | 12/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/11 | 13 | Burns & Wincek | RCPTS - LIQUID. OF PERSONAL PROP. | 1224-000 | 37,900.00 | | 37,900.00 |
| | | 53 W. Jackson Blvd., No. 909 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 06/30/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 37,900.25 |
| 07/29/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,900.57 |
| 08/31/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,900.89 |
| 09/30/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,901.20 |
| 10/07/11 | 000101 | UNITED STATES TREASURY | EXPENSE- TRUSTEE | 2200-000 | | 228.00 | 37,673.20 |
| | | | Form 4506 Request | | | | |
| | | | SSN: 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, 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 | | | | |
| 10/31/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,673.52 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.24 | 37,625.28 |
| 11/30/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,625.59 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.39 | 37,579.20 |
| 12/06/11 | 13 | United States Treasury | refnd for rqust tax returns | 1224-000 | 228.00 | | 37,807.20 |
| 12/30/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,807.52 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.55 | 37,760.97 |
| 01/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,761.29 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 49.52 | 37,711.77 |
| 02/29/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 37,712.07 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 44.82 | 37,667.25 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 31.50 | 37,635.75 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,636.07 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.31 | 37,589.76 |
| 04/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 37,590.07 |
| | | | Page Subtotals | | 38,131.40 | 541.33 | |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-42008 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RIMKUS, DANIEL J. | Bank Name: | Bank of America, N.A. |
| | RIMKUS, KELLY | Account Number / CD #: | *******4908 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8721 | | |
| For Period Ending: | 12/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 47.76 | 37,542.31 |
| 05/10/12 | 000103 | UNITED STATES TREASURY | Disbursement SSN: 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; FORM 4506 REQUEST | 2990-000 | | 228.00 | 37,314.31 |
| 05/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,314.63 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 47.55 | 37,267.08 |
| 06/29/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,267.39 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 44.29 | 37,223.10 |
| 07/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,223.42 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.82 | 37,174.60 |
| 08/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 37,174.89 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 44.18 | 37,130.71 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 37,130.71 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 38,132.64 | 38,132.64 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 37,130.71 | |
| Subtotal | 38,132.64 | 1,001.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 38,132.64 | 1,001.93 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - *******7811 | 0.00 | 712.43 | 36,418.28 |
| Money Market - Interest Bearing - *******4908 | 38,132.64 | 1,001.93 | 0.00 |
| | 38,132.64 | 1,714.36 | 36,418.28 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals  1.24  37,591.31

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-42008 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RIMKUS, DANIEL J. | Bank Name: | Bank of America, N.A. |
| | RIMKUS, KELLY | Account Number / CD #: | *******4908 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8721 | | |
| For Period Ending: | 12/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********7811 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market - Interest Bearing - ********4908 | | | | |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 23, 2013 |
|---|---|---|---|---|---|

Case Number: 10-42008
Debtor Name: RIMKUS, DANIEL J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | MAXWELL LAW GROUP<br>105 S. ADAMS<br>STE 3200<br>CHICAGO, IL 60603 | Administrative | | $18,687.04 | $0.00 | $18,687.04 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $30.82 | $30.82 | $0.00 |
| 000001<br>070<br>7100-00 | Bank of America, National Association<br>c/o Reed Smith, LLP<br>Attn Aaron B. Chapin, Esq.<br>10 S. Wacker Drive, Suite 4000<br>Chicago, IL 60606 | Unsecured | | $2,181,544.97 | $0.00 | $2,181,544.97 |
| 000002<br>070<br>7100-00 | Bank of America, National Association<br>c/o Reed Smith, LLP<br>Attn Aaron B. Chapin, Esq.<br>10 S. Wacker Drive, Suite 4000<br>Chicago, IL 60606 | Unsecured | | $157,648.52 | $0.00 | $157,648.52 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $835.30 | $0.00 | $835.30 |
| 000004<br>070<br>7100-00 | American Express Travel Related<br>Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $70,424.57 | $0.00 | $70,424.57 |
| 000005<br>070<br>7100-00 | American Express Travel Related<br>Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,176.65 | $0.00 | $2,176.65 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $4,009.30 | $0.00 | $4,009.30 |
| 000007<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $3,071.42 | $0.00 | $3,071.42 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,119.17 | $0.00 | $5,119.17 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 23, 2013 |
|---|---|---|---|---|---|---|

Case Number:  10-42008  
Debtor Name:  RIMKUS, DANIEL J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $33.94 | $0.00 | $33.94 |
| 000010<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,002.64 | $0.00 | $5,002.64 |
| | Case Totals: | | | $2,448,584.34 | $30.82 | $2,448,553.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-42008
Case Name: RIMKUS, DANIEL J.
RIMKUS, KELLY
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

| Balance on hand | $ | 36,418.28 |
|---|---|---|

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 4,563.26 | $ 0.00 | $ 4,563.26 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ 18,671.00 | $ 0.00 | $ 18,671.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ 16.04 | $ 0.00 | $ 16.04 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 30.82 | $ 30.82 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 23,250.30 |
|---|---|---|
| Remaining Balance | $ | 13,167.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 11)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,429,866.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America, National Association | $ 2,181,544.97 | $ 0.00 | $ 11,822.27 |
| 000002 | Bank of America, National Association | $ 157,648.52 | $ 0.00 | $ 854.33 |
| 000003 | American InfoSource LP as agent for | $ 835.30 | $ 0.00 | $ 4.53 |
| 000004 | American Express Travel Related Services | $ 70,424.57 | $ 0.00 | $ 381.65 |
| 000005 | American Express Travel Related Services | $ 2,176.65 | $ 0.00 | $ 11.80 |
| 000006 | Capital One Bank (USA), N.A. | $ 4,009.30 | $ 0.00 | $ 21.72 |
| 000007 | Capital One Bank (USA), N.A. | $ 3,071.42 | $ 0.00 | $ 16.64 |
| 000008 | Chase Bank USA, N.A. | $ 5,119.17 | $ 0.00 | $ 27.74 |
| 000009 | American Express Centurion Bank | $ 33.94 | $ 0.00 | $ 0.18 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital Recovery IV LLC | $ 5,002.64 | $ 0.00 | $ 27.12 |

Total to be paid to timely general unsecured creditors     $ 13,167.98

Remaining Balance     $ 0.00

**ALL DISTRIBUTIONS LEES THAN $5.00 WILL BE DEPOSITED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE