UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| RIMKUS, DANIEL J. | § | Case No. 10-42008 |
| RIMKUS, KELLY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE U.S. BANKR. CT
      219 S. DEARBORN STREET
      7TH FLOOR
      CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/06/2014 in Courtroom 680,
      United States Courthouse
      219 S. Dearborn Street
      Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2014      By: /s/ Andrew J. Maxwell
                    Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIMKUS, DANIEL J. § Case No. 10-42008
RIMKUS, KELLY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 38,132.64 |
| and approved disbursements of | $ | 1,714.36 |
| leaving a balance on hand of[1] | $ | 36,418.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 4,563.26 | $ 0.00 | $ 4,563.26 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ 18,671.00 | $ 0.00 | $ 18,671.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ 16.04 | $ 0.00 | $ 16.04 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 30.82 | $ 30.82 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 23,250.30 |
| Remaining Balance | $ 13,167.98 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,429,866.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America, National Association | $ 2,181,544.97 | $ 0.00 | $ 11,822.27 |
| 000002 | Bank of America, National Association | $ 157,648.52 | $ 0.00 | $ 854.33 |
| 000003 | American InfoSource LP as agent for | $ 835.30 | $ 0.00 | $ 4.53 |
| 000004 | American Express Travel Related Services | $ 70,424.57 | $ 0.00 | $ 381.65 |
| 000005 | American Express Travel Related Services | $ 2,176.65 | $ 0.00 | $ 11.80 |
| 000006 | Capital One Bank (USA), N.A. | $ 4,009.30 | $ 0.00 | $ 21.72 |
| 000007 | Capital One Bank (USA), N.A. | $ 3,071.42 | $ 0.00 | $ 16.64 |
| 000008 | Chase Bank USA, N.A. | $ 5,119.17 | $ 0.00 | $ 27.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Centurion Bank | $ 33.94 | $ 0.00 | $ 0.18 |
| 000010 | Capital Recovery IV LLC | $ 5,002.64 | $ 0.00 | $ 27.12 |

Total to be paid to timely general unsecured creditors    $    13,167.98

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 10-42008-JPC
Daniel J. Rimkus                                                         Chapter 7
Kelly Rimkus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales             Page 1 of 2              Date Rcvd: Jan 10, 2014
                              Form ID: pdf006             Total Noticed: 31

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2014.
db/jdb       +Daniel J. Rimkus,   Kelly Rimkus,   10930 Fawn Trail Drive,   Orland Park, IL 60467-7819
aty          +Maxwell Law Group LLC,   105  West Adams Suite 3200,   Chicago, IL 60603-6209
16157410     +American Express,   PO Box 981537,   El Paso, TX 79998-1537
17029522      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16778175      American Express Travel Related Services,   Co, Inc Corp Card,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
16157411     +BAC Home Loans Servicing LP,   450 American Street,   Simi Valley, CA 93065-6285
16157413      Bank of America,   PO Box 53132,   Phoenix, AZ 85072-3132
16157415     +Bank of America,   450 American St.,   Simi Valley, CA 93065-6285
16157414     +Bank of America,   c/o James A. Rolfes, Reed Smith LLP,   10 S. Wacker Drive,
               Chicago, IL 60606-7453
16157412      Bank of America,   159th St. & LaGrange Rd.,   Orland Park, IL 60467
16426814     +Bank of America, National Association,   c/o Reed Smith, LLP,   Attn Aaron B. Chapin, Esq.,
               10 S. Wacker Drive, Suite 4000,   Chicago, IL 60606-7506
16157416     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
16157417     +Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
20311573      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
16157418      Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
16839503      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16157419     +Chase Receivables,   1247 Broadway,   Sonoma, CA 95476-7503
16157421     +M2 Lease Funds,   175 N. Patrick Blvd.,   Ste 135,   Brookfield, WI 53045-5819
16157422     +Macy’s,   PO Box 8218,   Mason, OH 45040-8218
16157423     +Marquette National Bank,   6316 S. Western,   Chicago, IL 60636-2491
16157424      Mercedes Benz Credit,   Dept CH 10548,   Palatine, IL 60055-0548
19932223      Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
16671061     +Scott Sierzega,   c/o Law Offices of Acosta & Skawski,   400 S COunty Farm Road,   Suite 310,
               Wheaton, IL 60187-4547
16157425     +Target National Bank,   PO Box 673,   Minneapolis, MN 55440-0673
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16157409     +E-mail/Text: ally@ebn.phinsolutions.com Jan 11 2014 00:41:25     Ally Financial,   PO Box 380901,
               Minneapolis, MN 55438-0901
16740968      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2014 00:54:00
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
20330763      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2014 00:54:00
               American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK 73124-8866
16800605      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2014 00:54:00     Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
17181027      E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2014 00:53:59     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16157420     +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2014 00:44:13     JcPenney,   PO Box 981402,
               El Paso, TX 79998-1402
19932224      E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2014 00:52:59
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16778176*     American Express Travel Related Services,   Co, Inc Corp Card,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
20320029*     American InfoSource LP as agent for Target,,   PO Box 248866,   Oklahoma City, OK 73124-8866
20311574*     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2014                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Jan 10, 2014
                              Form ID: pdf006            Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2014 at the address(es) listed below:
              Aaron B Chapin    on behalf of Creditor   Bank of America, N.A. achapin@reedsmith.com
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Heather M Giannino    on behalf of Creditor   Bank of America, N.A. bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
               preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
               naelipas@maxwellandpotts.com
              James A Rolfes    on behalf of Creditor   Bank of America, N.A. jrolfes@reedsmith.com,
               ewilson@reedsmith.com
              James M Philbrick    on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
              Kathleen M. McGuire    on behalf of Creditor David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                             TOTAL: 11
```