# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIMKUS, DANIEL J. | § | Case No. 10-42008 |
| RIMKUS, KELLY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/ANDREW J. MAXWELL, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loans Servicing LP 450 American Street Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bank of America 450 American St. Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marquette National Bank 6316 S. Western Chicago, IL 60636 | | | | | |
| | Mercedes Benz Credit Dept CH 10548 Palatine, IL 60055-0548 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| UNITED STATES TREASURY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| UNITED STATES TREASURY | | | | | |
| MAXWELL LAW GROUP | | | | | |
| MAXWELL LAW GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | American Express PO Box 981537 El Paso, TX 79998 | | | | | |
| | Bank of America 159th St. & LaGrange Rd. Orland Park, IL 60467 | | | | | |
| | Bank of America PO Box 53132 Phoenix, AZ 85072-3132 | | | | | |
| | Bank of America c/o James A. Rolfes, Reed Smith LLP 10 S. Wacker Drive Chicago, IL 60606-7507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Receivables 1247 Broadway Sonoma, CA 95476 | | | | | |
| | M2 Lease Funds 175 N. Patrick Blvd. Ste 135 Brookfield, WI 53045 | | | | | |
| | Macy's PO Box 8218 Mason, OH 45040 | | | | | |
| 000004 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000005 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000001 | BANK OF AMERICA, NATIONAL ASSOCIATI | | | | | |
| 000002 | BANK OF AMERICA, NATIONAL ASSOCIATI | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CAPITAL RECOVERY IV LLC | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 10-42008   JPC   Judge: JACQUELINE P. COX | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: RIMKUS, DANIEL J. | Date Filed (f) or Converted (c): 09/20/10 (f) |
| RIMKUS, KELLY | 341(a) Meeting Date: 11/18/10 |
| For Period Ending: 12/31/13 | Claims Bar Date: 04/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10930 FAWN TRAIL DRIVE, ORLAND PARK IL 60467 (DEBT | 600,000.00 | 0.00 | | 0.00 | FA |
| 2. 1 ACRE PARTIALLY WOODED VACANT LOT - 17963 S. HUNT | 143,000.00 | 3,000.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - MARQUETTE BANK | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS FURNITURE, TELEVISIONS, COMPUTERS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. MEN'S & WOMEN'S CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. TERM INSURANCE - NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 7. IRA - JOINT | 45,000.00 | 0.00 | | 0.00 | FA |
| 8. 401 K (DEBTOR) | 100,000.00 | 0.00 | | 0.00 | FA |
| 9. 401 K - (JOINT DEBTOR) | 45,000.00 | 0.00 | | 0.00 | FA |
| 10. 100 % OF STOCK OF ALLIANCE LOGISTICS INC | 0.00 | 0.00 | | 0.00 | FA |
| 11. 100% OF STOCK OF ALLIANCE WAREHOUSIN G & DISTRIBUT | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2007 MERCEDES RL 350 OVER 25,000 MILES | 0.00 | 0.00 | | 0.00 | FA |
| 13. TAX REFUND (u) | Unknown | 0.00 | | 38,128.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.64 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $940,500.00   $3,000.00   $38,132.64   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset Notice filed 1-27-11

Collected non-exempt tax return funds

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2                                                                                          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

                                                                                          Exhibit 9

| | |
|---|---|
| Case No: | 10-42008 -JPC |
| Case Name: | RIMKUS, DANIEL J. |
| | RIMKUS, KELLY |
| Taxpayer ID No: | *******8721 |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7811  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 37,130.71 | | 37,130.71 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.89 | 37,107.82 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.64 | 37,084.18 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.86 | 37,061.32 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.61 | 37,037.71 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.06 | 36,982.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.66 | 36,932.99 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 30.82 | 36,902.17 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.91 | 36,847.26 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.01 | 36,794.25 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.70 | 36,739.55 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.86 | 36,686.69 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.55 | 36,632.14 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.46 | 36,577.68 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.63 | 36,525.05 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.30 | 36,470.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.47 | 36,418.28 |

Page Subtotals          37,130.71          712.43

Ver: 17.05

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

Case No:          10-42008  -JPC                  Trustee Name:          ANDREW J. MAXWELL, TRUSTEE
Case Name:        RIMKUS, DANIEL J.               Bank Name:             ASSOCIATED BANK
                  RIMKUS, KELLY                   Account Number / CD #: *******7811  Checking Account
Taxpayer ID No:   *******8721
For Period Ending: 12/31/13                       Blanket Bond (per case limit):  $  5,000,000.00
                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 37,130.71 | 712.43 | 36,418.28 |
| | | | Less:  Bank Transfers/CD's | | 37,130.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 712.43 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 712.43 | |

Page Subtotals                     0.00                  0.00

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-42008 -JPC | |
| Case Name: | RIMKUS, DANIEL J. | |
| | RIMKUS, KELLY | |
| Taxpayer ID No: | *******8721 | |
| For Period Ending: | 12/31/13 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4908  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/11 | 13 | Burns & Wincek | RCPTS - LIQUID. OF PERSONAL PROP. | 1224-000 | 37,900.00 | | 37,900.00 |
| | | 53 W. Jackson Blvd., No. 909 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 06/30/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 37,900.25 |
| 07/29/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,900.57 |
| 08/31/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,900.89 |
| 09/30/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,901.20 |
| 10/07/11 | 000101 | UNITED STATES TREASURY | EXPENSE- TRUSTEE | 2200-000 | | 228.00 | 37,673.20 |
| | | | Form 4506 Request | | | | |
| | | | SSN: 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, 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 | | | | |
| 10/31/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,673.52 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.24 | 37,625.28 |
| 11/30/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,625.59 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.39 | 37,579.20 |
| 12/06/11 | 13 | United States Treasury | refnd for rqust tax returns | 1224-000 | 228.00 | | 37,807.20 |
| 12/30/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,807.52 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.55 | 37,760.97 |
| 01/31/12 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,761.29 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 49.52 | 37,711.77 |
| 02/29/12 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 37,712.07 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 44.82 | 37,667.25 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 31.50 | 37,635.75 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,636.07 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.31 | 37,589.76 |
| 04/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 37,590.07 |

Page Subtotals       38,131.40       541.33

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 10-42008 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RIMKUS, DANIEL J. | | Bank Name: | Bank of America, N.A. |
| | RIMKUS, KELLY | | Account Number / CD #: | *******4908 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8721 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 47.76 | 37,542.31 |
| 05/10/12 | 000103 | UNITED STATES TREASURY | Disbursement | 2990-000 | | 228.00 | 37,314.31 |
| | | | SSN: 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; | | | | |
| | | | FORM 4506 REQUEST | | | | |
| 05/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,314.63 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 47.55 | 37,267.08 |
| 06/29/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,267.39 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 44.29 | 37,223.10 |
| 07/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,223.42 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.82 | 37,174.60 |
| 08/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 37,174.89 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 44.18 | 37,130.71 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 37,130.71 | 0.00 |

|  | COLUMN TOTALS | 38,132.64 | 38,132.64 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 37,130.71 | |
| Subtotal | | 38,132.64 | 1,001.93 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 38,132.64 | 1,001.93 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - *******7811 | | 0.00 | 712.43 | 36,418.28 |
| Money Market - Interest Bearing - ********4908 | | 38,132.64 | 1,001.93 | 0.00 |
| | | ------------------- | ------------------- | ------------------- |
| | | 38,132.64 | 1,714.36 | 36,418.28 |
| | | ============ | ============ | ============ |
| | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    1.24    37,591.31

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-42008  -JPC |
| Case Name: | RIMKUS, DANIEL J. |
| | RIMKUS, KELLY |
| Taxpayer ID No: | *******8721 |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4908  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******7811 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market - Interest Bearing - ********4908 | | | | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*